**Opinion filed January 7, 2010**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00316-CV

_____

## CHARLES H. PILCHER, Appellant

## V.

## L. KIDD, LINDA RICHEY, H. CONDE, AND G. GRIGGS, Appellees

**On Appeal from the 106th District Court**

**Dawson County, Texas**

**Trial Court Cause No. 09-05-18160**

### M E M O R A N D U M   O P I N I O N

Charles H. Pilcher filed his pro se petition for "civil tort claim" against L. Kidd, Linda Richey, H. Conde, and G. Griggs on May 20, 2009. On October 6, 2009, the trial court signed its order denying Pilcher's pro se motion for default judgment against only L. Kidd. Pilcher perfected this appeal, and we dismiss for want of jurisdiction.

When the clerk's record was filed in this court, the clerk wrote the parties advising them that it appeared a final, appealable order or judgment had not been entered and directing appellant to respond showing grounds for continuing his appeal. Pilcher has filed a response in which he

contends that the loss of his property was "a direct result" of L. Kidd's actions as an agent of the Texas Department of Corrections - Institutional Division and that the trial court's action on his motion "effectively absolves" L. Kidd of any liability. Pilcher has failed to establish in this court how the October 6 order is appealable.

The appeal is dismissed for want of jurisdiction.


PER CURIAM


January 7, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.